1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **SOUTHERN DISTRICT OF CALIFORNIA**

9
SIMON POULIOT, AS ASSIGNEE
10 OF TWINS SPECIAL CO. LTD., an
individual,
11
    Plaintiffs,
12

13
NICHOLAS MECHLING, an
14 individual, and CHRISTOPHER
MECHLING, an individual,
15
    Defendant.
16

Case No. 21-cv-00221-DMS

**ORDER GRANTING MOTION TO WITHDRAW**

17

18      This matter being brought to the Court by Plaintiff's Motion to Withdraw as
19 Counsel filed concurrently herewith, it is hereby ordered that Kayvon Pourmirzaie
20 and the law firm of Young Basile Hanlon & MacFarlane, P.C. shall be removed as
21 counsel on behalf of Plaintiff Simon Pouliot. Plaintiff shall obtain substitute counsel
22 within thirty (30) days after entry of this Order.
23      **IT IS SO ORDERED.**
24 Dated:  June 1, 2021

25                                        Hon. Dana M. Sabraw
26                                        United States Chief District Judge
27
28