# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON POULIOT; and TWINS SPECIAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS MECHLING; and CHRISTOPHER MECHLING, <br><br> Defendants. | Case No.: 21-CV-221-JO-WVG <br><br> **ORDER ON DISCOVERY DISPUTE** |

Pursuant to this Court's March 17, 2022 Order (Doc. No. 61.), on April 18, 2022, counsel for Plaintiff-Intervenor Twins Special Co., Ltd. ("Plaintiff") and Defendants Nicholas and Christopher Mechling ("Defendants") jointly contacted this Court's Chambers to notify the Court that the March 17, 2022 discovery dispute arising from Defendants' responses to Plaintiff's requests for production of documents ("RFPs") had not resolved. The Parties agreed Defendants had produced one of two document productions related to the dispute and Defendants required additional time to produce the second and final production.

On April 28, 2022, the Court convened a Telephonic Status Conference to discuss the status of Defendants' second production and ascertain the Parties' diligence in

completing discovery before the fact discovery deadline of July 11, 2022. Aaron Levine and Matthew Seror appeared for Intervenor Plaintiff Twins Special Co. Ltd. ("Plaintiff"). Mary Wyman appeared for Defendants. Based upon the Parties' representations made during the conference, the Court ORDERS Defendants to provide supplemental responses to Plaintiff's RFPs **on or before Friday May 6, 2022** and produce the second and final document production **on or before Friday May 13, 2022**. If a dispute remains following Defendants' supplemental responses and second document production, the Parties shall jointly contact this Court's Chambers **no later than Friday, May 27, 2022**.

**IT IS SO ORDERED.**

Dated: April 28, 2022

Hon. William V. Gallo
United States Magistrate Judge