UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON POULIOT; and TWINS SPECIAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS MECHLING; and CHRISTOPHER MECHLING, <br><br> Defendants. | Case No.: 21-CV-221-JO-WVG <br><br> **ORDER FOLLOWING DISCOVERY CONFERENCE** |

Pursuant to this Court's April 28, 2022 Order (Doc. No. 63.), on May 25, 2022, the parties jointly contacted the Court to address a discovery dispute previously raised on March 17, 2022 pertaining to Defendants Nicholas Mechling and Christopher Mechling's (collectively, "Defendants") document productions and responses to Requests for Production ("RFPs") propounded by Intervenor Plaintiff Twins Special Co., LTD ("Plaintiff").

On June 10, 2022, the Court convened a video Discovery Conference to discuss the ongoing discovery dispute in light of Defendants second document production. Aaron Levine and Matthew Seror appeared on behalf of Plaintiff. Mary Wyman appeared on behalf of Defendants.

Based upon the Court's conference with Plaintiff and Defendants, the Court ORDERS the parties to lodge **on or before 12:00 p.m., Friday, June 17, 2022**, simultaneous briefs, consisting of no more than ten (10) pages, excluding exhibits. The briefing shall address any redefining of terms or definitions listed in the RFPs resulting from the parties' meet and confer efforts to resolve this dispute, and set forth each party's arguments on whether Defendants' supplemental responses, objections, and productions responsive to Plaintiff's RFPs may be deficient. The briefing shall also address any deficiencies Defendants contend exist with Plaintiff's RFPs, including whether definitions, such as the terms "YOU" and "COMMUNICATIONS", are overly broad.

A Discovery Conference via Zoom videoconference is set for **Wednesday, June 22, 2022 at 2:00 p.m.**

With respect to the issues related to accessibility and confidentiality of Defendants' second document production, the Court ORDERS Defendants to produce an updated document production on or before **June 24, 2022.** If a dispute remains following Defendants' updated document production, the Parties shall jointly contact this Court's Chambers pursuant the Judge Gallo's Civil Chamber Rules before the fact discovery deadline of July 11, 2022. The parties are reminded of their obligation to meet and confer regarding discovery disputes as well as diligently completing fact discovery before the fact discovery deadline of July 11, 2022.

**IT IS SO ORDERED.**

Dated: June 13, 2022

Hon. William V. Gallo
United States Magistrate Judge