UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON POULIOT, an individual, and TWINS SPECIAL CO. LTD, a Thailand Company,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS MECHLING, an individual, and CHRISTOPHER MECHLING, an individual,<br><br>Defendants. | Case No.: 21cv221-JO-WVG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIMS** |

Defendants Nicholas Mechling and Christopher Mechling moved for leave to file an amended answer and counterclaims. Dkt. 48. Plaintiff does not oppose the motion. Dkt. 74. Courts grant leave to amend under Federal Rule of Civil Procedure 15(a) "freely" and with "extreme liberality" when justice requires. Fed. R. Civ. P. 15(a); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). Accordingly, the Court GRANTS

1 | Defendants' motion [Dkt. 48]. Defendants shall electronically file their amended answer
2 | and counterclaims within 5 days of the date of this order.

**IT IS SO ORDERED.**

Dated: 7/1/22

Hon. Jinsook Ohta
United States District Judge